UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THE NATIONAL HEP–CAMP ASSOCIATION,
337 Waldo Hall,
Corvallis, Oregon 97331

*Plaintiff*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500;

U.S. DEPARTMENT OF EDUCATION,
400 Maryland Avenue SW
Washington, D.C. 20202; *and*

OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW
Washington, D.C. 20503;

*Defendants*.

Case No.: 1:26-cv-03427

**MOTION FOR TEMPORARY RESTRAINING ORDER**

1. Plaintiff files this motion for temporary restraining order out of an abundance of caution, seeking an order from the Court to suspend operation of the lapse of fiscal year 2026 funds for HEP and CAMP grant programs.

2. Defendants have recently proposed to rescind over $24 million in fiscal year 2026 funds appropriated by Congress for HEP and CAMP grant programs that would normally expire at the end of fiscal year 2026, i.e., on October 1, 2026 at 12:00 a.m.

3. Plaintiff filed the underlying complaint on September 30, 2026, shortly prior to the end of fiscal year 2026.

4. Per D.C. Circuit law, this Court has equitable authority to suspend the lapse of

budget authority for all unobligated fiscal year 2026 funds appropriated to the Department for HEP and CAMP programs so long as Plaintiff initiated this action by filing a complaint prior to the conclusion of fiscal year 2026. *See City of Houston v. Dep't of Hous. & Urb. Dev.*, 24 F.3d 1421, 1426 (D.C. Cir. 1994).

5. This Court has authority to effect such a suspension not only through its equitable powers, but also through statute, because Congress has "expressly authorized courts to suspend the lapse of budget authority while lawsuits play out." *Goodluck v. Biden*, 104 F.4th 920, 928 (D.C. Cir. 2024); *see* 31 U.S.C. § 1502(b).

6. It was not required for Plaintiff to also file a motion for a temporary restraining order or a motion for preliminary injunction, or for Plaintiff to also obtain an order granting such relief, prior to the end of the fiscal year. *But see* Order, *National Urban League et al v. Trump, et al.*, Case No. 26-cv-3401 (JMC) (D.D.C. Sept. 30, 2026) ("The only preconditions for a court to suspend operation of the lapse are that the lawsuit be filed on or before the statutory lapse date ***and that the plaintiffs seek a preliminary injunction to preserve the funds***.") (emphasis added).

7. To the contrary, the Court may suspend the lapse of budget authority, even after the end of the federal fiscal year, so long as the action seeking such relief was timely filed.

8. However, given the recent ruling in *National Urban League*, Plaintiff files this motion out of an abundance of caution.

9. Plaintiff formally requests that, pursuant to 31 U.S.C. § 1502(b) and the Court's equitable authority, *see City of Houston v. HUD*, 24 F.3d 1421, 1426 (D.C. Cir. 1994) and *Goodluck v. Biden*, 104 F.4th 920, 927–28 (D.C. Cir. 2024), suspend the September 30, 2026 expiration of the unobligated HEP and CAMP grant funds at issue and preserve the availability of the funds for obligation, pending further order of the Court, beyond September 30, 2026, enjoin Defendants

from transferring, reprogramming, or otherwise disposing of these funds in a manner that would frustrate effective relief, and require Defendants to take all steps within their respective authority necessary to effectuate preservation of these funds.

10. In light of the events and circumstances leading to this lawsuit and motion, the recent order in *National Urban League*, undersigned counsel has not been able to fully brief this motion. Plaintiff therefore respectfully requests and proposes that a briefing schedule be entered on this motion to allow the parties to further address this issue.

Dated: September 30, 2026

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/* Jayna Marie Rust
Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street NW, Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

Brandt P. Hill (*pro hac vice* forthcoming)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com

*Counsel for The National HEP–CAMP Association*