UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THE NATIONAL HEP–CAMP ASSOCIATION,
337 Waldo Hall,
Corvallis, Oregon 97331

*Plaintiff*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*,
1600 Pennsylvania Avenue NW
Washington, D.C. 20500;

U.S. DEPARTMENT OF EDUCATION,
400 Maryland Avenue SW
Washington, D.C. 20202; *and*

OFFICE OF MANAGEMENT AND BUDGET,
725 17th Street NW
Washington, D.C. 20503;

*Defendants*.

Case No.:_1:26-cv-3427

**JOINT PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

In response to this Court's October 1, 2026 Order, counsel for the Parties have conferred and offer the following Joint Proposed Briefing Schedule on Plaintiff's Motion for Temporary Restraining Order (Doc. No. 3):

| | |
|---|---|
| Plaintiff's Motion for Temporary Restraining Order and Memorandum of Law in Support thereof: | **October 9, 2026** |
| Defendants' Opposition | **October 23, 2026** |
| Plaintiff's Reply | **October 30, 2026** |

The Parties defer to the Court's determination as to whether a hearing is necessary on this motion.

Dated: October 1, 2026

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/* Jayna Marie Rust
Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street NW, Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

Brandt P. Hill (*pro hac vice* forthcoming)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com

*Counsel for The National HEP–CAMP Association*

Brett A. Shumate
Assistant Attorney General
Civil Division

Eric J. Hamilton
Deputy Assistant Attorney General
Federal Programs Branch

Alexander K. Haas
Director

Joseph Borson
Assistant Branch Director

*/s/* Sam Escher
Sam Escher, Bar No. 1655538
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
(771) 217-8101
Sam.w.escher@usdoj.gov

*Attorneys for Defendants*