AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| National HEP-CAMP Association<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-cv-3427 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National HEP-CAMP Association .

Date: 11/23/2026

/s/ Stephen K. Wirth
*Attorney's signature*

Stephen K. Wirth (D.D.C. 1034038)
*Printed name and bar number*

Jacobson Lawyers Group PLLC
5100 Wisconsin Avenue NW Suite 301
Washington, DC 20016
*Address*

stephen@jacobsonlawyersgroup.com
*E-mail address*

(406) 407-6051
*Telephone number*

*FAX number*