AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| The National HEP-CAMP Association<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-3427 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 11/23/2026

/s/ Lynn D. Eisenberg
*Attorney's signature*

Lynn D. Eisenberg (DC Bar No. 1017511)
*Printed name and bar number*

Jacobson Lawyers Group PLLC
5100 Wisconsin Avenue, N.W., Suite 301
Washington, DC 20016
*Address*

lynn@jacobsonlawyersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

*FAX number*