**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL HEP–CAMP ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No.: 1:26-cv-03427-TSC |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, Jayna Marie Rust of Thompson Coburn LLP hereby withdraws her appearance as counsel for Plaintiff The National HEP-CAMP Association (the "Association").

This matter has not been set for trial, and the Association will continue to be represented by attorneys from Jacobson Lawyers Group, PLLC, who have recently entered appearances on behalf of the Association. The Association consents to Ms. Rust's withdrawal, as reflected by the signature of its authorized representative below.

We therefore respectfully request that the Clerk of Court remove Ms. Rust from the docket as counsel for the Association and from the CM/ECF service list for this action. All future pleadings, notices, and other papers should continue to be served on remaining counsel of record.

Dated: November 24, 2026

Respectfully submitted,

*/s/ Jayna M. Rust*
Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street NW, Suite 600
Washington, D.C. 20006
(202) 585-6929
jrust@thompsoncoburn.com
*(Withdrawing) Counsel for Plaintiff*

The National HEP-CAMP Association

Andrew Dalton
President
November 23, 2026